IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60589
Conference Calendar

_____

TALI KARRIEM,

Petitioner-Appellant,

versus

NFN YUSUFF, Warden,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:98-CV-104-BrS
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Tali Karriem, federal prisoner # 22549-039, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition. Karriem does not address the basis of the district court's dismissal, that 28 U.S.C. § 2255, not § 2241, was the proper remedy for his claims of error. He does not address the merits of the district court's opinion. This Court will not raise and discuss legal issues that the appellant has failed to assert.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Failure to identify any error in the district court's analysis or

application to the facts of the case is the same as if the

appellant had not appealed that judgment.  <u>Brinkmann v. Dallas

County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).

Karriem's appeal is dismissed as frivolous.  5th Cir. R. 42.2.

APPEAL DISMISSED AS FRIVOLOUS.